**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Delmer Victor LEONARD, Defendant–Appellant.**

No. 02–6863.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 20, 2002.

Decided Oct. 11, 2002.

Delmer Victor Leonard, Appellant Pro Se.

Before NIEMEYER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Delmer Victor Leonard seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny the motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Leonard,* Nos. CR–95–24; CA–02–634 (W.D.Va. May 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*